THOMAS P. QUINN, JR., SBN: 132268
NOKES & QUINN
450 OCEAN AVE.
LAGUNA BEACH, CA  92651
Tel: (949) 376-3055
Fax:  (949) 376-3070
E-mail: tquinn@nokesquinn.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS M. BROWN, II,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX, EXPERIAN and TRANSUNION,<br><br>    Defendants. | Case No:   3:08-CV-04246-MMC<br><br>**[PROPOSED] ORDER ~~ON~~  GRANTING DEFENDANT EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**; DIRECTING ALL PARTIES TO APPEAR TELEPHONICALLY<br>Date:  December 19, 2008<br>Time:  10:30 a.m. |

The request of Defendant Equifax to appear telephonically through its counsel of record at the Case Management Conference scheduled for December 19, 2008, at 10:30 a.m. has been duly considered by the Court and good cause appearing therefor,

   and plaintiff shall  appear

  **IT IS HEREBY ORDERED** that counsel for Defendant Equifax ~~may appear~~ telephonically at the Case Management Conference on December 19, 2008, at 10:30 a.m.

  Equifax's Atlanta counsel, Cara Hergenroether, may be reached at (404) 215-5796.

DATED: _ December 15, 2008 _____

       _Maxine M. Chesney_
HON. MAXINE M. CHESNEY, JUDGE
UNITED STATES DISTRICT COURT

- 1 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055