IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUGUSTUS M. BROWN II,

    Plaintiff,

  v.

EQUIFAX, EXPERIAN & TRANSUNION,

    Defendants
                                 /

No. 08-4246 MMC

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANTS EXPERIAN AND TRANSUNION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE**

    At the Case Management Conference conducted December 19, 2008, plaintiff was ordered to serve defendants Experian and Transunion with a summons and copy of the complaint no later than January 9, 2009, and to file proof of such service no later than January 9, 2009. To date, plaintiff has failed to file proof of service of the summons and complaint on defendants Experian and Transunion.

    Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than February 13, 2009, why plaintiff's claims against Experian and Transunion should not be dismissed for failure to serve within the time specified by the Court. See Fed. R. Civ. P. 4(m).

    **IT IS SO ORDERED.**

Dated: January 27, 2009

MAXINE M. CHESNEY
United States District Judge