IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUGUSTUS M. BROWN, II

    Plaintiff,

  v.

EQUIFAX, EXPERIAN & TRANSUNION,

    Defendants
_____/

No. C 08-4246 MMC

**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS EXPERIAN AND TRANSUNION**

    At the Case Management Conference conducted December 19, 2008, the Court ordered plaintiff to file, no later than January 9, 2009, proof of service of the summons and complaint on defendants Experian and Transunion.  See Fed. R. Civ. P. 4(m).  Because plaintiff failed to file proof that he caused the summons and complaint to be served on Experian and Transunion within the deadline set at the Case Management Conference, the Court, by order filed January 27, 2009, ordered plaintiff to show cause, in writing and no later than February 13, 2009, why his claims against Experian and Transunion should not be dismissed.

    Plaintiff has not filed a response to the Court's order within the time specified in the Court's order.

    Accordingly, plaintiff's claims against Experian and Transunion are hereby DISMISSED, without prejudice, for failure to timely serve said defendants.

    **IT IS SO ORDERED.**

Dated:  February 23, 2009

                                                  MAXINE M. CHESNEY
                                                  United States District Judge