THOMAS P. QUINN, JR., SBN: 132268
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS M. BROWN, II,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX, EXPERIAN and TRANSUNION,<br><br>    Defendants. | Case No:   3:08-CV-04246-MMC<br><br>[PROPOSED] ORDER ON DEFENDANT EQUIFAX'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:  February 27, 2009<br>Time:  10:30 a.m. |

The request of Defendant Equifax to appear, through its counsel of record, at the Case Management Conference scheduled for February 27, 2009, at 10:30 a.m. has been duly considered by the Court and good cause appearing therefor,

**IT IS HEREBY ORDERED** that counsel for Defendant Equifax ~~may appear~~ and plaintiff shall appear telephonically at the Case Management Conference on February 27, 2009, at 10:30 a.m.

Equifax's Atlanta counsel, Cara Hergenroether, may be reached at (404) 775-8199.

Equifax's California counsel, Thomas P. Quinn, Jr., may be reached at (949) 376-3500.

DATED:  February 24, 2009                    _____
                                             HON. MAXINE M. CHESNEY, JUDGE
                                             UNITED STATES DISTRICT COURT

- 1 –

[PROPOSED] ORDER ON EQUIFAX'S REQUEST TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
Case No: 3:08-CV-04246-MMC

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500