IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUGUSTUS M. BROWN, II,           )
                                 )
       Plaintiff,                )   Case No. 3:08-CV-04246-MMC
                                 )
vs.                              )   [PROPOSED] *ORDER GRANTING*
                                 )   *APPLICATION FOR*
                                 )   *ADMISSION OF ATTORNEY*
                                 )   *PRO HAC VICE*
                                 )
EQUIFAX, EXPERIAN & TRANSUNION   )
                                 )
       Defendants.               )
_____)

Cara Hergenroether, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 215-5796, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 26, 2009

                                        [signature]
                                        United States District Court Judge

-1-
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
PRO HAC VICE
CASE NO. 3:08-CV-04246-MMC