IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUGUSTUS M. BROWN, II, )
)
    Plaintiff, ) Case No. 3:08-CV-04246-MMC
)
vs. ) [PROPOSED] *ORDER GRANTING*
) *APPLICATION FOR*
) *ADMISSION OF ATTORNEY*
) *PRO HAC VICE*
)
EQUIFAX, EXPERIAN & TRANSUNION )
)
    Defendants. )
_____)

    Lewis P. Perling, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia  30309, (404) 572-3079, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 21, 2009

                                                                     */s/ Maxine M. Chesney*
                                                                     United States District Judge