**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   AUGUSTUS M. BROWN II,                    No. 08-4246 MMC
12              Plaintiff,                    **ORDER RE: PLAINTIFF'S REQUEST
                                             FOR DISMISSAL**
13      v.
14   EQUIFAX, EXPERIAN & TRANSUNION,
15              Defendants
                                        /
16
17        Before the Court is plaintiff's request, filed May 29, 2009, that the Court dismiss his
18   claims against defendant Equifax without prejudice.
19        Having read and considered the request, the Court sets the following briefing
20   schedule:
21        1.  No later than June 8, 2009, Equifax shall file any response to the request.  See
22   Fed. R. Civ. P. 41(a)(2).
23        2.  No later than June 15, 2009, plaintiff shall file any reply to Equifax's response.
24        3.  As of June 15, 2009, the Court will take the matter under submission.
25        **IT IS SO ORDERED.**
26
27   Dated: June 3, 2009
                                        MAXINE M. CHESNEY
                                        United States District Judge
28