IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTUS M. BROWN II,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX, EXPERIAN & TRANSUNION,<br><br>　　　　Defendants / | No. 08-4246 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT EQUIFAX; DIRECTIONS TO CLERK** |

　　　　Before the Court is plaintiff's request, filed May 29, 2009, that the Court dismiss his claims against defendant Equifax without prejudice. Equifax, although afforded an opportunity to respond thereto, has not filed a response to the request.

　　　　Good cause appearing and there being no opposition, plaintiff's request is hereby GRANTED, and plaintiff's claims against Equifax are hereby DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

　　　　The Clerk is directed to close the case.[1]

　　　　**IT IS SO ORDERED.**

Dated: June 16, 2009

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] By order filed February 23, 2009, the Court dismissed plaintiff's claims against the other defendants, specifically, Experian and Transunion.